AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| AMADOR FAALAGA | ) | 2:26-mj-0105 SCR |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED**

**Jul 17, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 2, 2026_____ in the county of _____Stanislaus_____ in the _____Eastern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:

(see attachment)

☒  Continued on the attached sheet.

/s/ Garrett Trevethan
*Complainant's signature*

ATF Task Force Officer Garrett Trevethan
*Printed name and title*

Sworn to me and signed via telephone.

Date:  _____July 17, 2026_____

*Judge's signature*

City and state:  _____Sacramento, California_____

Sean C. Riordan, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF ATF TASK FORCE OFFICER GARRETT TREVETHAN**

I, Alcohol, Tobacco, Firearms and Explosives (ATF) Task Force Officer Garrett Trevethan, being duly sworn, hereby depose and state:

**CRIMINAL COMPLAINT**

1. This Affidavit is submitted in support of an arrest warrant and criminal complaint charging AMADOR FAALAGA with being a felon in possession of ammunition, in violation of 18 U.S.C. § 922(g)(1), on or about July 2, 2026.

2. I am currently employed by the Modesto Police Department and have been since 2021. I am currently assigned as an Investigator and Task Force Officer (TFO) with the Alcohol, Tobacco, Firearms and Explosives (ATF) and am dually sworn as a state and federal law enforcement officer.

3. My responsibilities include investigations pertaining to violent offenders and criminal organizations. These investigations frequently involve homicides, assaults, robberies, the possession of firearms and the possession of controlled substances. I am currently assigned to a task force which includes members from various local agencies as well as federal agents. Part of my assignment is to assist local Stanislaus County law enforcement partners with investigations involving violent acts and violent crime.

4. In December of 2014, I was hired by the Stanislaus County Probation Department as a Deputy Probation Officer. During my time as a Deputy Probation Officer, I worked as a Narcotics Detection Canine Handler and Field Training Officer. I was assigned to the Post Release Community Supervision Unit, Adult High-Risk Offender Unit, and Juvenile High-Risk Offender Unit. I primarily supervised individuals who were on probation for narcotics sales and/or felony weapons violations. I received over 500 hours of training pertaining to topics including drug recognition/identification, and general investigations.

5. In August of 2021, I left the Stanislaus County Probation Department on good terms and was hired by the Modesto Police Department as a Police Officer Trainee. I attended the basic "POST" Police Academy between August 2021 and February 2022. The police academy was 20 weeks comprising of approximately 740 hours of training. Between February 2022 to August 2023, I was assigned to the operations division with the Modesto Police Department as a patrol officer. During my time as a patrol officer, I've investigated various crimes to include but not limited to; weapons offenses, narcotics offenses, property related crimes, and assaults.

1

6. Between August 2023 and July 2024, I was assigned to the Modesto Police Department Street Gang Unit. My primary responsibility was to conduct proactive gang enforcement, gather gang intelligence, investigate and/or assist with gang related crimes to include but not limited to shootings, robberies, firearms offenses and narcotics offenses. I have investigated and arrested no less than two hundred suspects for illegally being in possession of a firearm. I have contacted no less than two hundred gang members. During some of those contacts I have validated multiple gang members on their gang affiliation. These validations have been for a variety of criminal street gangs and subsets.

7. As of this writing, I am assigned to the Modesto Police Department's Modesto Narcotics Enforcement Team. My primary responsibility is to investigate felony drug violations.

8. I have received formal specialized training in identifying firearms to include Privately Made Firearms (PMFs) and gang investigations which include firearm related offenses.

9. I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), in that I am an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516.

10. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause.

11. This affidavit is based upon my own personal knowledge but also the knowledge of other law enforcement officers involved in this investigation.  Where I describe statements made by other people (including other special agents and/or law enforcement officers), the statements are described in sum, substance, and relevant part. Similarly, where I describe information contained in reports and/or other documents or records in this affidavit, that information is also described in sum, substance, and relevant part.

[The affidavit continues on the next page.]

## <u>STATEMENT OF PROBABLE CAUSE</u>

### *Physical and electronic surveillance of Faalaga*

1. In June 2026, ATF Task Force Officer (TFO) Trevethan conducted covert social media surveillance as a part of his routine investigative duties and observed an Instagram account with the username "nobody.important209" and display name "Mr.Nobody" posting large amounts of cash and gang hand signs. Based on photographs and videos posted to the account, TFO Trevethan identified the account as belonging to Amador Samuelo FAALAGA (DOB: xx/xx/1987).[1] The following are still images obtained from photographs and videos posted to FAALAGA's Instagram account by TFO Trevethan during the course of the investigation.



2. A records check revealed FAALAGA was currently subject to federal supervised release based on arising out of his conviction in *United States v. Esparaza, et al.*, Case No. 1:15CR00319-TLN.  In that case, FAALAGA pleaded guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841 on August 31, 2018.  On

---

[1] The full birth date for FAALAGA is documented in my investigative file. It is redacted here consistent with the requirement of Local Rule 140(a)(iv) to use only the birth year to protect personally identifiable information.

November 26, 2018, the Honorable Lawrence J. O'Neill sentenced FAALAGA to 72 months in prison and a 36-month term of supervised release. TFO Trevethan contacted FAALAGA's supervising United States Probation Officer and provided photographs and videos from the Instagram account. The United States Probation Officer confirmed the individual depicted was FAALAGA.

3. During TFO Trevethan's review of FAALAGA's Instagram account, TFO Trevethan observed multiple posts of investigative significance. In particular, TFO Trevethan observed videos depicting a residential neighborhood he recognized as being located in Hughson, California. One video showed FAALAGA standing in the driveway of 1989 Apiary Way, Hughson, California, where a white late-model Hummer SUV was parked, and a red Oldsmobile Cutlass was visible inside the garage. TFO Trevethan recognized both vehicles from prior videos posted on Instagram by FAALAGA depicting him driving them with his daughters. The following are still images obtained from photographs and videos posted to FAALAGA's Instagram account by TFO Trevethan during the course of the investigation.

 

**Faalaga's hummer traveling southbound on Apiary Way | Driveway of Apiary Way 1989 Apiary Way**

4

4. TFO Trevethan also observed a photograph posted to FAALAGA's account depicting a "huelga bird" with the letters "VSSN" displayed in front of it. Based on TFO Trevethan's training and experience investigating criminal street gangs, he recognized the huelga bird as a symbol commonly associated with the Norteño criminal street gang and recognized "VSSN" as an abbreviation for "Varrio South Side Norteño," a Norteño subset based in Modesto, California.

5. On March 18, 2026, TFO Trevethan observed a video posted to FAALAGA's Instagram account depicting what appeared to be a large indoor marijuana cultivation operation.

6. On March 27, 2026, TFO Trevethan observed a video posted to FAALAGA's Instagram account depicting a male believed to be FAALAGA seated on a couch holding a bottle of alcohol, with multiple flat-screen televisions visible in the background. This video later became significant because it depicted the same room investigators searched during the probation compliance check at 1989 Apiary Way in Hughson.

7. On June 13, 2026, the United States Probation Officer advised TFO Trevethan that FAALAGA's mother had contacted him and reported that FAALAGA had been staying with his girlfriend in Hughson but did not know the address.

8. On June 15, 2026, TFO Trevethan conducted surveillance at 1989 Apiary Way in Hughson and compared the residence and driveway to photographs and videos posted by FAALAGA. Based on this comparison, TFO Trevethan confirmed that 1989 Apiary Way was the same residence depicted in FAALAGA's social media posts.

9. On June 27, 2026, TFO Trevethan conducted surveillance at 1989 Apiary Way and observed a blue Ford F-150 displaying California license plate 8X44432. A records check showed the vehicle was registered to Anna Maria Garcia at 808 Mamilane, Modesto, California. The United States Probation Officer confirmed the vehicle was known to be used by FAALAGA.

10. In the days leading up to the federal probation compliance check, TFO Trevethan conducted surveillance at FAALAGA's known residence at 1989 Apiary Way in Hughson and his place of employment at 4724 Coffee Road (Malone's Turf) in Modesto. During surveillance, TFO Trevethan repeatedly observed FAALAGA's blue Ford F-150 parked at both locations. These observations corroborated FAALAGA's association with the residence and established a connection between FAALAGA, his vehicle, and the residence.

5

*Federal probation search of Faalaga and his residence*

11. On July 2, 2026, United States Probation personnel, accompanied by TFO Trevethan and other law enforcement personnel conducted a federal probation compliance check at 1989 Apiary Way in Hughson. Before the compliance check, TFO Trevethan conducted surveillance at FAALAGA's workplace and observed FAALAGA's Ford F-150 parked on the property and saw FAALAGA walking on the premises.

12. At approximately 8:30 a.m., federal probation officers contacted FAALAGA at his workplace and detained him. During a search of FAALAGA's person, officers located a white Apple iPhone and keys to his Ford F-150.

13. During a search of FAALAGA's Ford F-150, TFO Trevethan located a garage door opener attached to the driver's sun visor. Law enforcement later used the garage door opener to access the garage at 1989 Apiary Way.

14. At approximately 9:05 a.m., law enforcement arrived at 1989 Apiary Way and used the garage door opener to open the garage door. Upon entry, officers observed FAALAGA's white Hummer SUV parked inside. Probation officers conducted a security sweep of the residence and confirmed that no other occupants were present.

15. During the compliance search of the residence, federal probation officers and investigators searched the kitchen area. In a drawer on the left side of the kitchen countertop, District Attorney Investigator Bolinger located a privately made firearm (PMF), further described as a Glock-style pistol, 9mm, bearing no serial number on the polymer lower portion of the firearm.  The PMF was equipped with a commercially made Glock slide, bearing serial number BKHD384. A records check revealed no registered owner associated with the serial number on the slide. The firearm contained a 30-round-capacity magazine loaded with sixteen live 9mm cartridges. TFO Trevethan rendered the firearm safe and confirmed there was no round in the chamber. Investigators also located a pay stub belonging to FAALAGA underneath the firearm. Below are photographs of the firearm and FAALAGA's paystub.







16. In a drawer on the far-right side of the kitchen countertop, District Attorney Investigator Bolinger located five live 9mm cartridges and one live 7.62x39mm cartridge. Investigators also located pay stubs and paychecks made payable to FAALAGA. Below are photographs of the firearm and FAALAGA's paystub.

 

8



*Custodial interview of Faalaga*

17. During the probation compliance check, TFO Trevethan advised FAALAGA of his *Miranda* rights, and FAALAGA stated he understood and agreed to speak. FAALAGA identified himself and stated he had been living at 1989 Apiary Way in Hughson for approximately nine months and resided there alone.

18. TFO Trevethan asked FAALAGA if he was aware of any illegal items inside the residence, including a firearm reportedly located in a kitchen drawer. FAALAGA responded, *"If it's still in there."* When asked who the firearm belonged to, FAALAGA stated, *"Just somebody that left it there."* After investigators located a loaded firearm and ammunition inside the residence, TFO Trevethan advised FAALAGA he was under arrest for being a felon in possession of a firearm and ammunition. FAALAGA responded, *"I mean those are my charges, I got nothing to talk about, I can't get out of it so."*

***Privately Made Firearm Function Test Completed***

19. While in a safe location designed for law enforcement test firing, TFO Trevethan conducted a function test of the firearm by firing three live 9mm rounds from the recovered pistol. The firearm successfully discharged all three rounds, one round with each pull of

9

the trigger. The following photographs depict the firearm and ammunition located inside the firearm's magazine.



### Faalaga Criminal Street Gang Participation

20. Faalaga is an active participant in the Varrio South Side Norteño (VSSN) Norteño criminal street gang, which is a documented gang based in Modesto. Norteños are responsible for violent crimes, including but not limited to shootings, robberies, and aggravated assaults.

### Faalaga has a prior felony conviction and is therefore prohibited from possessing firearms and or ammunition

21. FALLAGA is on federal supervised release after sustaining a 2018 felony conviction in the Eastern District of California in *United States v. Esparaza, et al.*, Case No.

10

1:15CR00319-TLN, for possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1).

### *Preliminary Interstate Nexus Determination*

22. On July 2, 2026, TFO Trevethan consulted ATF SA Payton Smith regarding the manufacturing origin of the ammunition described in this affidavit that bears the headstamp "FC 9MM LUGER." SA Smith has completed the ATF Firearm Interstate Nexus Training Program and has on numerous occasions been accepted in State and Federal Court as an Expert Witness on the manufacturing origin and markings of firearms and ammunition. Additionally, SA Smith has completed verbal and written interstate nexus determinations on hundreds of firearms. It is SA Smith's opinion that the ammunition described in this affidavit was manufactured outside the State of California.

### **CONCLUSION**

23. Based on the above information, TFO Trevethan believes there is probable cause that **AMADOR FAALAGA** was a felon in possession of ammunition that traveled in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1). TFO Trevethan hereby respectfully requests that this court issue an arrest warrant for Amador Faalaga.

I swear, under the penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

/s/ Garrett Trevethan
Task Force Officer Garrett Trevethan, ATF

Sworn and subscribed to me telephonically,
on ___July 17, 2026___

HONORABLE SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

/s/ GEORGE BIKO
GEORGE BIKO
Special Assistant United States Attorney

11

**<u>United States v. Amador Faalaga</u>**
**<u>Penalties for Criminal Complaint</u>**


VIOLATION:          18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition

PENALTIES:          Maximum of up to 15 years in prison; or
                    Fine of up to $25,000; or both fine and imprisonment
                    Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory)