UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AMADOR SAMUELO FAALAGA,<br>Defendant. | No. 1:15-cr-00319-TLN-SAB-8 |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AMADOR FAALAGA,<br>Defendant. | No. 2:26-cr-00139-DJC<br><br>RELATED CASE ORDER |

The Government has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(f). Accordingly, the case involving a petition for violation of the terms of supervised release shall be related to the case initiated by a new indictment.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 1:15-cr-00319 is reassigned from Judge Troy L. Nunley to the undersigned **only as it relates to Defendant Amador Samuelo Faalaga**. Henceforth, the caption on documents filed in the reassigned case shall be shown as 1:15-cr-00319-DJC-SAB-8.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: **August 25, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE