ERIC GRANT
United States Attorney
GEORGE BIKO
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AMADOR FAALAGA,<br>Defendant. | CASE NO. 2:26-CR-00139 DJC<br><br>STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA HEARING |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through George Biko, Special Assistant United States Attorney, attorneys for Plaintiff, and Michael Hansen, attorney for Defendant Amador Faalaga, that the change of plea scheduled for August 27, 2026, be continued until September 3, 2026, at 9:00 a.m.

Dated: August 25, 2026

ERIC GRANT
United States Attorney

By: /s/ GEORGE BIKO
GEORGE BIKO
Special Assistant United States Attorney

Dated: August 25, 2026

MICHAEL HANSEN
Attorney for Defendant Amador Faalaga

By: /s/ *Michael Hansen*
Michael Hansen
Attorney for Defendant Amador Faalaga

**ORDER**

Pursuant to the stipulation by the parties, and good cause appearing therefore, it is hereby ORDERED that the change of plea currently scheduled for August 27, 2026, is continued to September 3, 2026.

Dated: August 25, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE